UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- x
DWAYNE HARRIS,  :

                Plaintiff,  :

         **STIPULATION**

   -against-  :

         **Civil Action No. 1:18-cv-11681-(GBD) (SN)**
 :

THE BRONX PARENT HOUSING NETWORK, INC.,  :

                Defendant.  :

 :
---------------------------------------------------------------------- x

## STIPULATION TO EXTEND TIME FOR DEFENDANT TO SERVE A RESPONSE TO PLAINTIFF'S COMPLAINT

It is hereby agreed and stipulated by and between counsel for Plaintiff and counsel for Defendant that, pursuant to F.R.C.P. 12 (a) (1) (A) and F.R.C.P. 6 (b), Defendant's time to serve an Answer or Motion in response to Plaintiff's Complaint is extended through and including March 19, 2019.

Dated: New York, New York
       March 14, 2019

| /s | /s |
|---|---|
| Michelle Callner (MC-1525) | Corey Stark (CS-3897) |
| Redmond Law, PLLC | Corey Stark PLLC |
| 80 Broad Street, Ste. 1202 | 110 East 59th Street, 22nd Floor |
| New York, New York 10004 | New York, New York 10022 |
| (212) 799-8989 | (212) 324-3705 |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |