UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
DWAYNE HARRIS,

                      Plaintiff,

  -against-

THE BRONX PARENT HOUSING NETWORK, INC.,

                      Defendant.
------------------------------------------------------------------- x

1:18-cv-11681 (GBD)

**RULE 7.1 STATEMENT OF DEFENDANT THE BRONX PARENT HOUSING NETWORK, INC.**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, The Bronx Parent Housing Network, Inc. ("BPHN"), by its undersigned attorneys, Redmond Law, PLLC, states that it has no parent corporation and that no publicly-held corporation owns a 10% or greater interest in BPHN.

Dated: March 19, 2019
       New York, New York

                                                Respectfully submitted,

                                          By: _____
                                                Michelle Callner, Esq. (MC1525)
                                                Redmond Law PLLC
                                                80 Broad Street, Suite 1202
                                                New York, NY 10004
                                                (212) 799-8989
                                                *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which will send automatic notification of such filing to all CM/ECF participants, including the following:

> Corey Stark, Esq.
> Corey Stark, PLLC
> 110 East 59th Street, 22nd floor
> New York, NY 10022
> *Attorneys for Plaintiff*

Dated: March 19, 2019
      New York, New York

                                                                            Michelle Callner, Esq. (MC 1525)