# Exhibit B

THE BRONX PARENT HOUSING NETWORK

JOB DESCRIPTION

| | |
|---|---|
| **TITLE**: Shelter Director | **GRADE**: 5 |
| **DIVISION/DEPARTMENT**: Administration | **REPORTS TO**: VP of Programs and Operations |
| **DATE PREPARED**: March 2017 | **EXEMPT**: (Yes) NON-EXEMPT: |

**PRIMARY FUNCTION/PURPOSE:** The Shelter Director provides operational, facilities, and budgetary oversight of DHS Contracted Shelters, whose purpose is to help Adult Couples. Additionally, the Shelter Director, monitors the delivery of residential, case management, and community-based services the auspices of the Clinical Director and the social services team s/he leads.

**DUTIES AND RESPONSIBILITIES**

1. Monitor program adherence to all DHS rules and regulations for all Adult Couples and NYS OTDA Part 900 Regulations.

2. Conduct and document program compliance with all applicable fire, safety and health standards.

3. Under the leadership of the Clinical Director, who reports to the Shelter Director, monitor the Social Services team in all aspects of service provisions.

4. Recruit, hire, and train administrative staff, and clinical staff (in collaboration with the Clinical Director).

5. Assure unit (apartment) vacancies are kept to a minimum and filled in a timely manner.

6. Assure adherence to all budgetary guidelines in collaboration with supervisor and Chief Financial Officer.

7. Identify, evaluate, and establish service linkages with community based providers.

8. Conduct weekly or bi-weekly supervision with all direct reports.

9. Enforce DHS/BPHN rules, policies and guidelines, instructing and training staff on doing the same.

10. Participate in the reporting, investigation and documenting of all significant incidents to BPHN Executive Team members and all appropriate reporting agencies i.e. DHS, ACS, NYPD, etc., as required by all applicable regulations and laws.

11. Must be on call 24 hours, 7 days a week, 365 days a year, to respond to all shelter emergencies and or share on call responsibilities with the Clinical Director on a regular schedule.

Bronx Parent Housing Network Association
Shelter Director
March 2017

---

12. Lead all efforts towards improving service delivery and maintenance of staffing levels in a challenging budgetary environment.

13. Write reports and maintain statistical data on all aspects of population served i.e. demographics, medical situations, domestic violence, ACS, SUD, Mental Health and other related social determinants.

14. Prepare for audits and ensure that program remains in compliance with funders.

15. Liaise with Police, Civic Leaders and local businesses (community relations).

16. Create, implement, and monitor the effectiveness of advocacy strategies geared toward securing housing.

17. Compile and contribute statistical data for all internal or external entities in support of mandated reporting requirements.

18. Respond timely to requests for information from BPHN, DHS and or any external entity, as required.

19. Participate in weekly or bi-weekly supervision and all meetings with Executive Team members.

20. Lead weekly all staff meetings and monthly Community Meetings.

21. Mediate conflicts between direct reports and any program staff members, or staff and resident.

22. Assume all duties in the absence of Clinical Director.

23. Assure that performance evaluations of direct reports are completed and reviewed annually or after the probationary period for new hires.

24. Develop and revise policies and procedures as appropriate.

25. Identify and enroll staff in appropriate trainings and conduct in-service training.

26. Related duties as assigned.

**POSITION SCOPE:** Responsible for ensuring that the program meets contract goals

Bronx Parent Housing Network Association
Shelter Director
March 2017

---

**PROBLEM-SOLVING:** Problems encountered by the incumbent are complex and non-routine in nature. Professional training and experience provides sufficient expertise to solve most problems.

**KNOWLEDGE:** Job duties require a general familiarity with Bronx Parent Housing Network Association programs, services and operations.

**FISCAL RESPONSIBILITY**: Responsible for making sure that BPHN resources are used effectively and that assigned expenses and revenues reflect budget goals

**CONTACTS:** Incumbent regularly works with other agencies and other departments to integrate client services and achieve outcomes. Has significant and important contacts with outside employers, agencies, and community and political leaders to find additional services for clients and enhance funding opportunities.

**SUPERVISION:** Supervises program staff, interns and volunteers.

**POSITION REQUIREMENTS:**

**Education: Master's** degree in Social Work, Public Administration, Human Services, or the equivalent: LMSW preferred. Professional certification(s) in CASAC, CRC, Acupuncture Detox Specialist strongly desired, as appropriate
**Experience: 3-5 years** of progressively responsible professional work experience in a social services agency required. Experience working with homeless adults and families. Experience supervising social services/human services staff in shelter/mental health/transitional or permanent supportive housing. Experience working with Department of Homeless Services (DHS)
**Related Skills or Knowledge:** Excellent management, problem solving, organizational, and counseling skills required. Ability to analyze and evaluate information and develop recommendations. Demonstrated success in planning and implementing program activities within budgetary and time constraints. Requires excellent oral and written communication skills with the ability to present information to a wide variety of audiences. Must be familiar with the DHS/HRA, CARES system. Computer skills are necessary, including familiarity with MSWord and Excel. Must be able to manage multiple priorities simultaneously.

**AGENCY EXPECTATIONS OF ALL EMPLOYEES**
Adheres to Bronx Parent Housing Network Policies and Procedures. Acts as a role model within and outside the agency. Performs duties as workload necessitates. Attendance and Dependability: the employee can be depended on to report to work at the scheduled time and is seldom absent from work. Employee can be depended upon to complete work in a timely, accurate, and thorough manner and is conscientious about assignments. Communication and Contact: the employee communicates both verbally and in writing with superiors, colleagues, and individuals inside and outside Bronx Parent Housing Network. Relationships with others: the employee works and communicates effectively and relates well with others including superiors, colleagues, and

**Bronx Parent Housing Network Association**
**Shelter Director**
**March 2017**

---

individuals inside and outside Bronx Parent Housing Network. The employee exhibits a professional manner in dealing with others and works to maintain constructive working relationships. Employee adheres to mission statement and guiding principles.

## WORK ENVIRONMENT AND PHYSICAL DEMANDS

The work environment described here is representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

While performing the duties of this job, the employee is occasionally required to stand, walk, sit, stoop, use hands or fingers, or feel objects, tools or controls, reach with hands and arms, climb stairs, balance, kneel, talk or hear. The employee must occasionally lift and/or move up to 10-15 pounds. Specific vision abilities required by the job include close vision and distance vision. Must be able to travel locally using public transportation.

## JOB DESCRIPTION REVIEW

*I have read and understand this job description and its requirements, and I understand that I am expected to complete all duties as assigned. I understand that the job functions may be changed from time to time, with or without prior notice. I will be able to perform the essential functions of this position with or without accommodation. I understand that it is my responsibility to inform my supervisor at any time that I'm unable to perform these functions. I understand that I will be required to follow any other job-related instructions and to perform any other job-related duties requested by any person authorized to give instructions and assignments.*

_____          _____     _____
Employee                                  Signature         Date