# Exhibit C

# Neville Jemmott

| | |
|---|---|
| **From:** | Dwayne Harris |
| **Sent:** | Thursday, March 1, 2018 1:55 PM |
| **To:** | Neville Jemmott |
| **Cc:** | Gloria Wallace; Richard Yao; harris.dwayne56@yahoo.com |
| **Subject:** | RE: Quality Assurance Manager Job Description |

Morning,

Thanks for the proposed job offer.

As discussed on February 27, 2018.

I received the job description and reviewed it completely and decline the demotion with the 18.75% reduced compensation offer in Salary.

AS a recap in conversation from February 28, 2018 and as you stated gossip and no offers was made to staff, but DHS was recommending changes which some recommended changes included me.

The proposed changes that potentially includes me, and potentially impacts me was discussed on 2/27/18.

As also discussed in 2/27/18 that it's not a performance issue and I appreciate Neville and Gloria acknowledging that during our conversation.

It is extremely uncomfortable knowing that members of my team have more Information than the Site Director

When I returned back to work on 10/2/17 I was informed to report to 3001 Briggs in which I did, then informed to report to 1802 Crotona Avenue In November and tasked with implementing a model program for the agency at 1802 Crotona.

The agency does not have Medical benefits or any other benefits that I use.

I have not used the new federal family leave benefit that was recently made available.

I do not request or ask for any accommodations.

I support myself with my own Insurance and manage my Specialists and co-payments as needed and I do not have Medicaid.
There are also times when I do not get paid and I just inform my staff and Supervisor that I will be out and.

You can respond to my personal email as I provided Gloria my company phone.

Mr. Rivera also came to speak to me as well a few minutes ago and provided clarity on his decision.

Thanks