UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
DWAYNE HARRIS,

                     Plaintiff,

     -against-

THE BRONX PARENT HOUSING NETWORK, INC.,

                     Defendant.
------------------------------------- x

ORDER

18 Civ. 11681 (GBD)

GEORGE B. DANIELS, United States District Judge:

The discovery deadline is hereby extended to December 20, 2019. The status conference is adjourned from October 23, 2019 to December 18, 2019 at 9:45 am.

Dated: New York, New York
      October 18, 2019

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge