UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DWAYNE HARRIS,

                      **Plaintiff,**                      18-CV-11681 (GBD)(SN)

      -against-                        **DISCOVERY CONFERENCE ORDER**

THE BRONX PARENT HOUSING NETWORK, INC.,

                      **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On November 14, 2019, Plaintiff addressed a motion to Judge Daniels requesting a discovery conference. ECF No. 22. On November 15, 2019, the Honorable George B. Daniels referred this case to my docket for a specific non-dispositive discovery motion. Defendant shall respond to plaintiff's letter by December 3, 2019. A conference is scheduled for Thursday, December 5, 2019, at 10:30 a.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at (212) 805-0286.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    November 25, 2019
               New York, New York