UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DWAYNE HARRIS,

                              **Plaintiff,**            18-CV-11681 (GBD)(SN)

            -against-                         <u>**ORDER**</u>

**THE BRONX PARENT HOUSING NETWORK, INC.,**

                              **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       The discovery conference currently scheduled for Thursday, December 5, 2019, at 10:30 a.m. is RESCHEDULED for Wednesday, December 11, 2019, at 4:00 p.m. in Courtroom 18A, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    December 2, 2019
               New York, New York