```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DWAYNE HARRIS,

                        Plaintiff,                  18-CV-11681 (GBD)(SN)

        -against-                                   ORDER

THE BRONX PARENT HOUSING NETWORK,
INC.,

                        Defendant.
------------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge:**

The discovery conference currently scheduled for Wednesday, December 11, 2019 is RESCHEDULED for Friday, December 13, 2019, at 2:30 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   December 6, 2019
         New York, New York