```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/14/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DWAYNE HARRIS,

                                Plaintiff,

           -against-

THE BRONX PARENT HOUSING NETWORK,
INC.,

                              Defendant.

-----------------------------------------------------------------X

18-CV-11681 (GBD)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      On Thursday, February 6, 2020, the Court received an *ex parte* letter motion by email from Defendant seeking a "protective order/motion to quash," stating that the motion was filed under seal. On Tuesday, February 11, 2020, Defendant emailed the Court a second letter, substantially similar to the previous letter, copying Plaintiff and indicating once more that the letter was "filed under seal."

      Defendant is reminded that pursuant to my Individual Rules of Practice in Civil Cases, "[a]ll Confidential Materials filed with the Court may be redacted or filed under seal <u>only as the Court directs upon appropriate application by either party</u>" (emphasis added). Defendant is directed to file a specific request to the Court by letter explaining the reasons for seeking to file that submission under seal and addressing the request in light of the Court of Appeals' opinion in <u>Lugosch v. Pyramid Co. of Onondaga</u>, 435 F.3d 110 (2d Cir. 2006). The letter motion must be filed in public view, must explain the reasons for seeking to file the information under seal and should not include confidential information sought to be filed under seal. Supporting papers must be separately filed electronically and may be filed under seal or redacted only to the extent

necessary to safeguard information sought to be filed under seal. The proposed sealed document must be contemporaneously filed under seal in the ECF system and electronically related to the motion. The summary docket text, but not the sealed document, will be open to public inspection and should not include confidential information sought to be filed under seal.

Defendant may file a letter motion in accordance with this Order no later than February 19, 2020, and Plaintiff may file his response, if any, by February 24, 2020, at which time the Court will determine whether the motion may be properly filed under seal.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:  February 14, 2020
        New York, New York