USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/12/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**---------------------------------------------------------------X**

**DWAYNE HARRIS,**

**Plaintiff,**

**-against-**

**THE BRONX PARENT HOUSING NETWORK, INC.,**

**Defendant.**

**---------------------------------------------------------------X**

**18-CV-11681 (GBD)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

In light of recent public health developments, the settlement conference scheduled for Friday, March 13, 2020, at 10:00 a.m. will be conducted telephonically rather than in person. The Court will provide dial-in information by email prior to the conference.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: March 12, 2020
New York, New York