UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- x

DWAYNE HARRIS,

                         Plaintiff,

    -against-

THE BRONX PARENT HOUSING NETWORK, INC.,

                       Defendant.

---------------------------------- x

ORDER

18 Civ. 11681 (GBD)

GEORGE B. DANIELS, United States District Judge:

    This Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

Dated: August 10, 2020
       New York, New York

                                             SO ORDERED.

                                             GEORGE B. DANIELS
                                             United States District Judge