UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
DWAYNE HARRIS,

                      Plaintiff,

  -against-                                         Civil Action No. 1:18-cv-11681 (GBD) (SN)

THE BRONX PARENT HOUSING NETWORK, INC.,

                      Defendant.
------------------------------------------------------------------- x

## ORDER OF DISMISSAL WITH PREJUDICE

This matter coming to be heard on the parties' Stipulation of Voluntary Dismissal with Prejudice, the Court having reviewed the Stipulation, and being duly advised, it is **HEREBY**

**ORDERED THAT:**

The above-captioned matter is dismissed with prejudice without costs to any party.

**SO ORDERED:**

_____
Hon. George B. Daniels
United States District Judge

Dated: New York, New York
SEP 2 8 2020, 2020